**Order entered July 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00794-CR

### SUSAN JACOBI PETERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-81437-2013**

## ORDER

We **GRANT** the trial court clerk's July 25, 2014 request for an extension of time to file the clerk's record. The clerk's record shall be due on **September 5, 2014**.

/s/     LANA MYERS
JUSTICE